AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04447-SCJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eagle Eye Protection, Inc.__

was received by me on *(date)* __12/10/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lacy E. Wright, III, owner and registered agent__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Eagle Eye Protection, Inc.__
__3789 Lake End Dr., Loganville, GA 30052__ on *(date)* __12/14/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/14/2021__

_Madeline Anne Lane_
Server's signature

Madeline Anne Lane, GA Process Server
Printed name and title

1391 Wenlock Edge Cove
Stone Mountain, GA 30083
anne@thepapersserved.com
Server's address

Additional information regarding attempted service, etc:

Photos available of two cars parked in the driveway at the time of service, one with Georgia license plate CRV1164, and the other that was painted with business name Eagla Eye Protection, and "Elite Protection" and "Patrol" on the back and sides of the car, and Georgia license plate TBG4543. Mr. Lacy Wright initially only spoke with me through the Vivint electronic doorbell at 7:26 a.m., saying he would be home later. He called at 8:51 a.m. from 404-573-8500 and said he was home and could accept service. Description of Lacy E. Wright is a black American male, about 45-50 years, about 6'2", about 225 lbs., black hair and no glasses at the time of service.