AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04447-SCJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lacy E. Wright, III

was received by me on *(date)*  12/10/2021  .

☑ I personally served the summons on the individual at *(place)*  3789 Lake End Dr., Loganville, GA 30052, where he self-identified as the proper defendant  on *(date)*  12/14/2021  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/14/2021

*Madeline Anne Lane*
*Server's signature*

Madeline Anne Lane, GA Process Server
*Printed name and title*

1391 Wenlock Edge Cove
Stone Mountain, GA 30083
anne@thepapersserved.com
*Server's address*

Additional information regarding attempted service, etc:

Photos available of two cars parked in the driveway at the time of service, one with Georgia license plate CRV1164, and the other that was painted with business name Eagla Eye Protection, and "Elite Protection" and "Patrol" on the back and sides of the car, and Georgia license plate TBG4543. Description of Lacy E. Wright is a black American male, about 45-50 years, about 6'2", about 225 lbs., black hair and no glasses at the time of service.