IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULA MURPHY,<br>     Plaintiff,<br><br>v.<br><br>EAGLE EYE PROTECTION, INC., et al.<br>     Defendants. | CIVIL ACTION FILE NO.<br><br>1:21-CV-04447-SCJ |

## ORDER

This matter appears before the Court on its own motion. Local Rule 16.2, NDGa provides in relevant part that a completed Joint Preliminary Report and Discovery Plan must be filed within thirty days after the appearance of the first defendant by answer. Defendants appeared by answer on February 3, 2022 (Doc. No. [14]). However, to date, no Joint Preliminary Report and Discovery Plan has been filed. The parties are therefore **ORDERED** to immediately comply with Local Rule 16.2 and file a joint preliminary report on or before **April 15, 2022.**

   **IT IS SO ORDERED** this __13th__ day of April, 2022.

_____
 **HONORABLE STEVE C. JONES**
 **UNITED STATES DISTRICT JUDGE**