IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULA MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE EYE PROTECTION, INC. and LACY WRIGHT III, an individual,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-4447-SCJ |

**O R D E R**

This matter is before the Court on the parties' Joint Motion for Approval of FLSA Settlement [Doc. 20], which is hereby **GRANTED**. It is therefore **ORDERED** that the terms of the Parties' settlement are **APPROVED** and this action is **DISMISSED**.

**IT IS SO ORDERED**, this 1st day of July, 2022.

                                        s/Steve C. Jones
                                        STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE